| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>Goodwin, Joseph R | 2. Court or Organization<br>US District Court, Southern WV | 3. Date of Report<br>5/10/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>US District Judge\Active | 5. ReportType (check appropriate type)<br>◯ Nomination,    Date<br>◯ Initial    ● Annual    ◯ FInal | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>300 Virginia Street E Ste 5009<br>PO Box 2546<br>Charleston, WV 25301 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 16 3 38 PM '05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.  2004 | Office of the Secretary, Education (Secretary) |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children.  See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. ABN-AMRO Mortgage | Mortgage on Property #4 | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Scudder Mt Tax Free Fund | C | Interest | M | T | Part Redempt | 1/21 | K | B | |
| 2. | A | Cap Gain | | | Part Redempt | 2/19 | J | A | |
| 3. | | | | | Part Redempt | 2/25 | K | B | |
| 4. | | | | | Part Redempt | 2/26 | J | A | |
| 5. | | | | | Part Redempt | 3/26 | J | A | |
| 6. | | | | | Part Redempt | 4/05 | J | A | |
| 7. | | | | | Part Redempt | 4/27 | K | A | |
| 8. | | | | | Part Redempt | 6/09 | J | A | |
| 9. | | | | | Part Redempt | 8/06 | J | A | |
| 10. | | | | | Part Redempt | 10/22 | J | A | |
| 11. Charles Schwab Investment Account | | | | | | | | | |
| 12. -Charles Schwab Cash Account | A | Interest | J | T | | | | | |
| 13. -Common Stock, United Bankshares | C | Dividend | M | T | | | | | |
| 14. -Vanguard Small Cap Index | A | Dividend | K | T | | | | | |
| 15. -McData Corp Cl A Class A (X) | | None | J | T | | | | | |
| 16. -Excelsior Value & Restructuring Fund | | None | J | T | Buy | 11/18 | J | | |
| 17. -Common Stock, Microsoft, Corp | C | Dividend | K | T | | | | | |
| 18. -Common Stock, Intl Business Machines | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,000-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. -Common Stock, EchoStar Comm Corp | | None | | | Sell | 1/02 | J | A | |
| 20. -Common Stock EMC Corp, Mass | | None | | | Buy | 1/12 | J | | |
| 21. | | | | | Sell | 11/18 | J | A | |
| 22. -Common Stock, Pfizer | A | Dividend | J | T | | | | | |
| 23. -Common Stock, JDS Uniphase Corp | | None | | | Sell | 1/30 | J | B | |
| 24. -Common Stock, Texas Instruments | A | Dividend | J | T | Buy | 1/27 | J | | |
| 25. -Dodge & Cox Mutual Stock Fund | D | Dividend | M | T | Buy | 2/2 | K | | |
| 26. | | | | | Buy | 4/22 | J | | |
| 27. Common Stock, Wal-Mart | | None | | | Buy | 7/19 | J | | |
| 28. | | | | | Sell | 7/20 | J | A | |
| 29. -Morgan Stanley | | None | J | T | Buy | 9/13 | J | | |
| 30. | | | | | Part Sell | 9/13 | J | | |
| 31. -Matthews Japan Fund | | None | J | T | Buy | 7/21 | J | | |
| 32. Reasl Estate #2, Ripley, WV 1/2 Undivided Interest | D | Rent | K | W | | | | | |
| 33. Real Estate #4, Ripley, WV | | None | K | W | | | | | |
| 34. Real Estate #5, Ripley, WV | | None | J | W | | | | | |
| 35. 1/4 Min Int Grant & Mineral Co | A | Royalty | J | T | | | | | |
| 36. #1 City National Bank, Ripley, WV | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. #2 City National Bank, Ripley, WV | A | Interest | J | T | | | | | |
| 38. Fidelity & Guaranty Life Insurance Policy | | | J | T | | | | | |
| 39. Charles Schwab IRA Account No. 1 | | | | | | | | | |
| 40. -Charles Schwab Money Fund | A | Interest | J | T | | | | | |
| 41. -Common Stock, EMC Corp | | None | | | Sell | 1/02 | J | A | |
| 42. -Common Stock, Global Crossing LTD | | None | | | Defunct | 1/02 | J | | |
| 43. -Common Stock, Cisco Systems, Inc. | | None | J | T | | | | | |
| 44. -Common Stock, IBM | A | Dividend | J | T | | | | | |
| 45. -Common Stock, Portal Software | | None | J | T | | | | | |
| 46. -ishares TR Goldman Sachs Semiconductor Index Fund | | None | J | T | Buy | 1/02 | J | | |
| 47. Trust #1 | C | Rent | L | T | | | | | |
| 48. -Royalty Interest #1, Nicholas County, WV | | | | | | | | | |
| 49. -Royalty Interest #2, Nicholas County, WV | | | | | | | | | |
| 50. -Royalty Interest #3, Nicholas County, WV | | | | | | | | | |
| 51. -Royalty Interest #4, Nicholas County, WV | | | | | | | | | |
| 52. -Royalty Interest #6, Nicholas County, WV | | | | | | | | | |
| 53. -Royalty Interest #7, Nicholas County, WV | | | | | | | | | |
| 54. -Royalty Interest #8, Nicholas County, WV | | | | | | | | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:        J = $15,000 or less        K = $15,001-$50,000        L = $50,001-$100,000        M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000        P4 = $More than $50,000,000

3. Value Method Codes        Q = Appraisal        R = Cost (Real Estate Only)        S = Assessment        T = Cash/Market
   (See Column C2)        U = Book Value        V = Other        W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. -Royalty Interest #9, Nicholas County, WV | | | | | | | | | |
| 56. -Royalty Interest #10, Randolph County, WV | | | | | | | | | |
| 57. -Royalty Interest #11, Randolph County, WV | | | | | | | | | |
| 58. -Royalty Interest #12, Randolph County, WV | | | | | | | | | |
| 59. -Royalty Interest #13, Randolph County, WV | | | | | | | | | |
| 60. -Royalty Interest #14, Randolph County, WV | | | | | | | | | |
| 61. -Royalty Interest #15, Braxton County, WV | | | | | | | | | |
| 62. -Royalty Interest #16, Braxton County, WV | | | | | | | | | |
| 63. -Royalty Interest #17, Braxton County, WV | | | | | | | | | |
| 64. -Royalty Interest #18, Braxton County, WV | | | | | | | | | |
| 65. -Royalty Interest #19, Braxton County, WV | | | | | | | | | |
| 66. -Royalty Interst #20, Braxton County, WV | | | | | | | | | |
| 67. -Royalty Interest #21, Braxton County, WV | | | | | | | | | |
| 68. -Royalty Interest #22, Braxton County, WV | | | | | | | | | |
| 69. -Royalty Interest #23, Braxton County, WV | | | | | | | | | |
| 70. -Royalty Interest #24, Nicholas County, WV | | | | | | | | | |
| 71. -Royalty Interest #25, Nicholas County, WV | | | | | | | | | |
| 72. B B & T Account No. 1 | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 5/10/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73.   WV Media Partners | A | Interest | J | T | | | | | |
| 74.   Real Estate #6, Charleston, WV | | None | N | R | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000

2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Goodwin, Joseph R | 5/10/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _May 13, 2005_

NOTE: AN... LY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544